UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN ANTOINE SIMMONS, | Case No. 2:22-cv-00367-CDS-VCF |
| Plaintiff | ORDER |
| v. | [ECF No. 14] |
| STATE OF NEVADA, *et al.*, | |
| Defendants | |

Pro se plaintiff Steven Antoine Simmons files a motion for status of case. ECF No. 14. I grant the motion and inform plaintiff that this case was closed and dismissed on August 5, 2022, without prejudice for failure to file an updated address with the Court. ECF Nos. 11, 12. No other documents may be filed in this now-closed case. If plaintiff wishes to pursue his claims, he must file a complaint in a new case.

I therefore order that the motion for status of case **[ECF No. 14] is granted**. The Clerk of the Court will send plaintiff courtesy copies of the docket sheet and the screening order (ECF No. 6).

DATED: February 8, 2023

_____
UNITED STATES DISTRICT JUDGE